Legal Mail Received
APR 11 2018
Dade C.I.

IN THE UNITED STATES DISTRICT COURT FOR THE
~~NORTHERN~~ SOUTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM
FOR USE IN ACTIONS UNDER 42 U.S.C. § 1983

JOHN H. NELSON
Inmate # 180650

Vs.

Case No.:

JOHN DOE'S,
STATE LEGISLATORS
EMPLOYED AT THE
CAPITOL
    Defendant(s)
_____/

cat / div 550 / 1983 / MIA
Case #: ___
Judge ___ Mag. White
Motn Ifp NO Fee pd $ ___
Receipt # ___

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLAINTIFF**
NAME OF PLAINTIFF: JOHN H. NELSON
INMATE NUMBER: 180650
PRISON OR JAIL: DADE CORRECTIONAL INSTITUTION
MAILING ADDRESS: 19000 SW 377TH STREET
                      FLORIDA CITY, FLORIDA 33034

II. DEFENDANT(S):
(1) DEFENDANT'S NAME: JOHN DOE The Florida Senate and House of Representatives
OFFICIAL POSITION: STATE LEGISLATOR
EMPLOYED AT: THE CAPITOL
MAILING ADDRESS: PL-01 Tallahssee FL 32399-1050

(2) DEFENDANT'S NAME: JOHN DOE State Attorney
OFFICIAL POSITION: STATE ~~LEGISLATOR~~ PROSECUTOR
EMPLOYED AT: THE ~~CAPITOL~~ OFFICE OF THE STATE ATTORNEY
MAILING ADDRESS: 1350 NW 12th Ave. Miami FL 33136

(3)   DEFENDANT'S NAME: JOHN DOE Circuit Court Judges
      OFFICIAL POSITION: ~~STATE LEGISLATOR~~ THE 11th JUDICAL CIRCUIT
      EMPLOYED AT: THE ~~CAPITOL~~ OF MIAMI DADE COUNTY
      MAILING ADDRESS: 1351 NW 12th Street, miami, FL 33125

III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.   PREVIOUS LAWSUITS: None

   A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( )   No ( x )

   B. Have you initiated other lawsuit in federal court dealing with the same or similar facts or issues as involved in this action or otherwise relating to your imprisonment or   conditions thereof? Yes ( )   No (x)

   C. Have you initiated other actions (besides those listed above in Questions (A) and (B)) in either state or federal court that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

              Yes (x)        No ( )

      (1)   Parties to previous action:
            Plaintiff(s):   JOHN NELSON
            Defendant(s):   THE STATE OF FLORIDA
      (2)   Court (if federal court, name the district; if state court, name the county):
            FEDERAL SOUTHERN DISTRICT OF FLORIDA
      (3)   Docket Number: N/A
      (4)   Name of Judge: GOLD
      (5)   Briefly describe the facts and basis of the action:
            UNCONSTITUTIONAL INCREASE OF SENTENCE; INEFFECTIVE ASSISTANCE OF COUNSEL
      (6)   Disposition (Was the case dismissed? If so, why?
            DISMISSED AS UNTIMELY; AEDPA
            Did you appeal? What result):

  (7) Approximate filing date: N/A
  (8) Approximate disposition date: N/A

 D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case: Yes (x) No ( )

  (1) Parties to previous action:
   Plaintiff(s): JOHN NELSON
   Defendant(s): SEARGENT ALEXANDER
  (2) Court (if federal court, name the district; if state court, name the county): FEDERAL SOUTHERN DISTRICT OF FLORIDA
  (3) Docket Number: N/A
  (4) Name of Judge: GOLD
  (5) Briefly describe the facts and basis of the action: VIOLATION OF RELIGIOUS FREEDOM. DESICRATION OF RELIGIOUS CALENDAR
  (6) Disposition (Was the case dismissed? If so, why? FAILURE TO PROSECUTE
   Did you appeal? What result):

  (7) Approximate filing date: N/A
  (8) Approximate disposition date: N/A

V. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes**. State with as much specificity as possible the facts in the following manner:

 John Doe #1 proposed a bill that was passed in legislation on (אייר יום ט) and became law on (יום ו יאיר). This law allowed a Court to sentence plaintiff to an indefinite imprisonment term for violation of probation under the existing law.

 John Doe #2 on July 18, 1997, prosecuted plaintiff for violation of probation and pushed for an indefinite sentence under the existing law after the court found plaintiff in violation of probation and set aside plaintiff original sentence.

 John Doe #3 on July 18, 1997, sentence plaintiff to an indefinite term of imprisonment under the existing law after finding plaintiff in violation of probation and hearing arguments from the State prosecutor.

 John Doe #4 on August 7, 1997 received plaintiff into its custody under the existing law and has maintained custody under this existing law holding plaintiff indefinitely.

law.            All plaintiffs are currently involved and have maintained this violation under the existing

VI.     STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Plaintiff Civil Rights under Article I Section 17 of the Florida Constitution which bans indefinite imprisonment are currently being violated. Plaintiff has no release date and no expected end of his sentence. Plaintiff's Civil Rights under Article I Section 9 of the Florida Constitution, which prohibits cruel and unusual punishment. Plaintiff has substantial rights under the 8th and 14th Amendment against cruel and unusual punishment.

**VII.    RELIEF REQUESTED:**

State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

1. Declare Florida Statute § 775.084 as in pertains to indefinite imprisonment in violation of Article I Section 17 to be unconstitutional under Florida Bill of Rights and void.

2. Commute all indefinite sentences to a term of years.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING TRUE AND CORRECT.**

Signed this _____ day of _____, 2018

John Nelson #180650
Dade Correctional Institution
19000 SW 377th Street
Florida City, FL 33034

## IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): delivered to prison officials for mailing or deposited in the prison's internal mail on: the _____ day of _____, 20 18.

_____ #180650

John Nielson
#160450/G32220
Dade Correctional Institution
19000 SW 377 St.
Florida City FL 33034

Legal Mail Received APR 11 2018 Dade C.I.

United States District Court
Southern District
Clerk: 8N05 400 North Miami Ave
Miami, FL 33128-7716

